# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JENNIFER SANTIAGO | : | Chapter 13 |
| | : | |
| Debtor | : | No. 19-12198-AMC |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**DETERMINED** that the Trustee has paid BB&T and then Select Portfolio Servicing, Inc. in the amount of $1,113.79 for claim 7-2, and it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any further disbursements in this case to Select Portfolio Servicing, Inc. regarding Claim No. 7-2, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the funds he is holding to the remaining unpaid creditors in accordance with the remaining terms of the confirmed plan.

BY THE COURT

Dated: _____

**Date: July 6, 2022**

**HON. ASHELY M. CHAN,
BANKRUPTCY JUDGE**