**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>**JENNIFER SANTIAGO**<br><br>**Debtor** | Chapter 13<br><br>Case No.19-12198-AMC |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan. The Trustee requests that any wage order entered in this case be terminated and the employer cease wage withholding.

Office of the Chapter 13 Trustee

Date: May 28, 2024    By: */s/ Scott F. Waterman*

Scott F. Waterman, Esquire, Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
(610)779-1313 (Phone)
(610)779-3637 fax