United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jennifer Santiago  
    Debtor

Case No. 19-12198-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 4  
Date Rcvd: Jun 05, 2024        Form ID: 138OBJ        Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Santiago, 3311 N Lawrence Street, Philadelphia, PA 19140-5651 |
| 14302499 | + | Jason Swartz Esquire, Mester & Schwartz PC, 1333 Race Street, Philadelphia, PA 19107-1556 |
| 14532288 | + | MTGLQ Investors L.P., c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14302506 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 14302508 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14302511 | + | Sprint, 1235 Chestnut Street, Philadelphia, PA 19107-4105 |
| 14302518 | | Water Revenue Bureau, 1415 JKF Blvd., 15th Floor, Philadelphia, PA 19105 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 06 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 06 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14302491 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 06 2024 00:04:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14305469 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2024 00:09:52 | Attn: Capital One Auto Finance,, a division of Capital One, N.A. Departme, c/o REJOY NALKARA, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14302492 | | Email/Text: bankruptcy@bbandt.com | Jun 06 2024 00:04:00 | Bb&T, In Care of Bankruptcy Dept, Po Box 1847, Wilson, NC 27894 |
| 14381372 | | Email/Text: megan.harper@phila.gov | Jun 06 2024 00:04:00 | Water Revenue Bureau, Pamela Eichert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14302493 | + | Email/Text: bankruptcy@cavps.com | Jun 06 2024 00:04:00 | Calvary SPV I LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 14302494 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 06 2024 00:20:04 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14304984 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2024 00:09:52 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14326548 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2024 00:09:46 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14306933 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 19-12198-amc    Doc 90    Filed 06/07/24    Entered 06/08/24 00:36:29    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 05, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 06 2024 00:09:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14302495 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2024 00:09:52 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14303816 | + | Email/Text: bankruptcy@cavps.com | Jun 06 2024 00:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14302496 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 06 2024 00:09:52 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14302498 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 06 2024 00:09:36 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14302497 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 06 2024 00:04:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14302500 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 06 2024 00:04:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 14302501 | + | Email/Text: bankruptcy@sccompanies.com | Jun 06 2024 00:04:00 | K Jordan, c/o Creditors Bankruptcy Services, PO Box 800849, Dallas, TX 75380-0849 |
| 14302502 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2024 00:09:46 | LVNV Funding, Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14317022 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2024 00:09:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14588933 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2024 00:04:00 | Legacy Mortgage Asset Trust 2021-GS1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14805802 | + | Email/Text: RASEBN@raslg.com | Jun 06 2024 00:04:00 | Legacy Mortgage Asset Trust 2021-GS1, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14473551 | | Email/Text: mtgbk@shellpointmtg.com | Jun 06 2024 00:04:00 | MTGLQ INVESTORS, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 14302503 | + | Email/Text: bankruptcy@sccompanies.com | Jun 06 2024 00:04:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14302504 | + | Email/Text: bankruptcy@sccompanies.com | Jun 06 2024 00:04:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14302505 | + | Email/Text: bankruptcy@sccompanies.com | Jun 06 2024 00:04:00 | Montgomery Ward, c/o Creditors Bankruptcy Services, PO Box 800849, Dallas, TX 75380-0849 |
| 14342320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2024 00:09:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14308858 | ^ | MEBN | Jun 06 2024 00:00:20 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14302617 | + | Email/Text: bankruptcy@philapark.org | Jun 06 2024 00:04:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14302509 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2024 00:09:36 | Portfolio Receovery Associates LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14302510 | + | Email/Text: bnc-quantum@quantum3group.com | Jun 06 2024 00:04:00 | Quantum 3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14310237 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 06 2024 00:09:38 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14302512 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 06 2024 00:09:36 | Tmobile, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14337492 | | Email/Text: electronicbkydocs@nelnet.net | Jun 06 2024 00:04:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

Case 19-12198-amc    Doc 90    Filed 06/07/24    Entered 06/08/24 00:36:29    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 05, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

| 14302513 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| --- | --- | --- | --- | --- |
| | | | Jun 06 2024 00:04:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14302517 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jun 06 2024 00:04:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 14302519 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jun 06 2024 00:09:39 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14302507 | *+ | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 14302514 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14302515 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14302516 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| BRADLEY JOSEPH OSBORNE | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 bosborne@hoflawgroup.com ckohn@hoflawgroup.com |
| DANIEL P. JONES | on behalf of Creditor MTGLQ INVESTORS L.P. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| KARINA VELTER | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 karina.velter@powerskirn.com bankruptcy@powerskirn.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jennifer Santiago help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 mimcgowan@raslg.com |
| POLLY A. LANGDON | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 05, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SARAH K. MCCAFFERY

on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS1 smccaffery@pincuslaw.com ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jennifer Santiago
        Debtor(s)

Case No: 19−12198−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/5/24

89 − 86
Form 138OBJ