| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-12198-AMC**

JENNIFER SANTIAGO
3311 N LAWRENCE STREET
PHILADELPHIA  PA   19140

Petition Filed Date: 04/05/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 10/16/2019

Case Status: Completed on 5/20/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $365.00 | | 09/07/2023 | $365.00 | | 10/10/2023 | $365.00 | |
| 11/08/2023 | $365.00 | | 12/19/2023 | $365.00 | | 01/18/2024 | $365.00 | |
| 02/20/2024 | $365.00 | | 03/19/2024 | $365.00 | | 04/17/2024 | $365.00 | |
| 05/20/2024 | $365.00 | | | | | | | |

**Total Receipts for the Period:  $3,650.00   Amount Refunded to Debtor Since Filing:  $71.00   Total Receipts Since Filing: $20,746.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PHILADELPHIA PARKING AUTHORITY<br>»» 001 | Unsecured Creditors | $485.00 | $14.27 | $470.73 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $427.12 | $12.58 | $414.54 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $472.92 | $13.93 | $458.99 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $1,553.97 | $45.78 | $1,508.19 |
| 5 | T-MOBILE USA INC<br>»» 005 | Unsecured Creditors | $340.27 | $10.03 | $330.24 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $586.61 | $17.28 | $569.33 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»» 007 | Mortgage Arrears | $1,113.79 | $1,113.79 | $0.00 |
| 8 | CAPITAL ONE AUTO FINANCE<br>»» 08S | Secured Creditors | $9,978.74 | $9,978.74 | $0.00 |
| 9 | CAPITAL ONE AUTO FINANCE<br>»» 08U | Unsecured Creditors | $4,825.13 | $142.12 | $4,683.01 |
| 10 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $52,392.58 | $1,543.26 | $50,849.32 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 010 | Unsecured Creditors | $6,398.33 | $188.47 | $6,209.86 |
| 12 | US DEPARTMENT OF EDUCATION<br>»» 011 | Unsecured Creditors | $5,535.27 | $163.05 | $5,372.22 |
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $499.31 | $14.70 | $484.61 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $10,126.97 | $298.30 | $9,828.67 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $1,790.10 | $1,790.10 | $0.00 |

**Chapter 13 Case No. 19-12198-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 16 | FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | K JORDAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MIDNIGHT VELVET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | MONROE AND MAIN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | MONTGOMERY WARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | NEW HAMPSHIRE HIGHER EDUCATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | QUANTUM3 GROUP LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | SPRINT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | WELLS FARGO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JENNIFER SANTIAGO | Debtor Refunds | $71.00 | $71.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,746.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $18,917.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,828.60 | Total Plan Base: | $20,675.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.